## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION

| | |
|---|---|
| Astute Technology, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | Case No. _____ |
| Fleetwood Media Productions, ) | |
| Inc. dba Fleetwood Onsite ) | |
| Conference Recording, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Astute Technology, LLC ("Astute"), herein files its Complaint against Fleetwood Media Productions, Inc. dba Fleetwood Onsite Conference Recording ("Fleetwood" or "Defendant"), and demands a trial by jury and alleges as follows:

## PARTIES

1.  Plaintiff Astute is a Virginia Limited Liability Company with offices at 11718 Bowman Green Drive, Reston, VA 20190.

2.  On information and belief, Fleetwood is a Massachusetts business corporation with its principal place of business at 20 Wheeler Street, Suite 301B, Lynn, MA 01902. On information and belief, Fleetwood transacts business in the United States, throughout the State of Texas, and within the Eastern District of Texas, either itself and/or through one or more subsidiaries, affiliates, business divisions, or business units and has committed acts of infringement within the meaning of 28 U.S.C. § 1400(b).

## JURISDICTION AND VENUE

3. This action arises under the Patent Laws of the United States, namely, 35 U.S.C. §§ 1 et seq. This Court has exclusive subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. Venue is proper in this district under 28 U.S.C. §§ 1391(b)(2) and (c) and/or 1400(b). On information and belief, Fleetwood has transacted business in this district, and has committed acts of patent infringement in this district, by the making, using and/or selling of systems and methods of content capture including systems and methods that allow for the capture of visual and audio conference materials.

5. On information and belief, Fleetwood is subject to this Court's general and specific personal jurisdiction because: Fleetwood has minimum contacts within the State of Texas and the Eastern District of Texas and, pursuant to due process and/or the Texas Long Arm Statute, Fleetwood has purposefully availed itself of the privileges of conducting business in the State of Texas and in the Eastern District of Texas; Fleetwood regularly conducts and solicits business within the State of Texas and within the Eastern District of Texas; and Astute's causes of action arise directly from Fleetwood's business contacts and other activities in the State of Texas and in the Eastern District of Texas.

## COUNT I
## INFRINGEMENT OF U.S. PATENT NO. 6,789,228

6. Astute is the owner of all rights, title and interest to United States Patent No. 6,789,228 (the '228 Patent") entitled "Method and System for the Storage and Retrieval of Web-Based Education Materials." The '228 Patent was issued on September 7, 2004 after a full and fair examination by the United States Patent and Trademark Office. The application

leading to the '031 Patent was filed on May 7, 1998. Attached as Exhibit "A" is a copy of the '228 Patent.

7. The '228 Patent is generally directed to novel, unique and non-obvious methods of capturing a live presentation.

8. On information and belief, Fleetwood has been and now is directly infringing and/or inducing infringement and/or contributorily infringing, literally and/or under the doctrine of equivalents the '228 Patent in the State of Texas, in this judicial district, and elsewhere in the United States by making, using, importing, selling or offering systems and methods of capturing content according to the '228 Patent. On information and belief, examples of Fleetwood products and services that infringe the '228 Patent include, but are not limited to, the Fleetwood Onsite Conference Recording products and services advertised by Fleetwood on its website. Attached as Exhibit B is a copy of the website pages advertised such products and services. On information and belief, Astute alleges the Fleetwood Onsite Conference Recording products and services (the "Accused Products") infringe claims of the '228 Patent pursuant to 35 U.S.C. § 271.

9. On information and belief, Fleetwood's infringement of the '228 Patent is and has been knowingly, willful and deliberate.

10. As a result of Fleetwood's infringement of the '228 Patent, Astute has suffered monetary damages in an amount not yet determined, and will continue to suffer damages in the future unless Fleetwood's infringing activities are enjoined by this Court.

11. Unless a permanent injunction is issued enjoining Fleetwood and its agent, servants, employees, representatives, affiliates, and all others acting on or in active concert therewith from infringing the '228 Patent, Astute will be greatly and irreparably harmed.

## COUNT II
## INFRINGEMENT OF U.S. PATENT NO. 7,689,898

12. Astute is the owner of all rights, title and interest to United States Patent No. 7,689,898 (the '898 Patent") entitled "Enhanced Capture, Management and Distribution of Live Presentations."  The '898 Patent was issued on March 30, 2010 after a full and fair examination by the United States Patent and Trademark Office.  The application leading to the '898 Patent was filed on October 13, 2006.  Attached as Exhibit "C" is a copy of the '898 Patent.

13. The '898 Patent is generally directed to novel, unique and non-obvious systems and methods of capturing a live presentation.

14. On information and belief, Fleetwood has been and now is directly infringing and/or inducing infringement and/or contributorily infringing, literally and/or under the doctrine of equivalents the '898 Patent in the State of Texas, in this judicial district, and elsewhere in the United States by making, using, importing, selling or offering systems and methods of capturing live presentations according to the '898 Patent.  On information and belief, Astute alleges Fleetwood's Accused Products infringe the '898 Patent.  Fleetwood is thus liable for infringement of the '898 Patent pursuant to 35 U.S.C. § 271.

15. On information and belief, Fleetwood's infringement of the '898 Patent is and has been knowingly, willful and deliberate.

16. As a result of Fleetwood's infringement of the '898 Patent, Astute has suffered monetary damages in an amount not yet determined, and will continue to suffer damages in the future unless Fleetwood's infringing activities are enjoined by this Court.

17. Unless a permanent injunction is issued enjoining Fleetwood and its agent, servants, employees, representatives, affiliates, and all others acting on or in active concert therewith from infringing the '898 Patent, Astute will be greatly and irreparably harmed.

### COUNT III
### INFRINGEMENT OF U.S. PATENT NO. 8,286,070

18. Astute is the owner of all rights, title and interest to United States Patent No. 8,286,070 (the '070 Patent") entitled "Enhanced Capture, Management and Distribution of Live Presentations."  The '070 Patent was issued on October 9, 2012 after a full and fair examination by the United States Patent and Trademark Office.  The application leading to the '070 Patent was filed on March 29, 2010.  Attached as Exhibit "D" is a copy of the '070 Patent.

19. The '070 Patent is generally directed to novel, unique and non-obvious systems and apparatus of capturing and distributing presentations.

20. On information and belief, Fleetwood has been and now is directly infringing and/or inducing infringement and/or contributorily infringing, literally and/or under the doctrine of equivalents the '070 Patent in the State of Texas, in this judicial district, and elsewhere in the United States by making, using, importing, selling or offering to systems and methods of capturing live presentations according to the '070 Patent.  On information and belief, Astute alleges that Fleetwood's Accused Products infringe the '070 Patent.  Fleetwood is thus liable for infringement of the '070 Patent pursuant to 35 U.S.C. § 271.

21. On information and belief, Fleetwood's infringement of the '070 Patent is and has been knowingly, willful and deliberate.

22. As a result of Fleetwood's infringement of the '070 Patent, Astute has suffered monetary damages in an amount not yet determined, and will continue to suffer damages in the future unless Fleetwood's infringing activities are enjoined by this Court.

23. Unless a permanent injunction is issued enjoining Fleetwood and its agent, servants, employees, representatives, affiliates, and all others acting on or in active concert therewith from infringing the '070 Patent, Astute will be greatly and irreparably harmed.

## COUNT IV
## INFRINGEMENT OF U.S. PATENT NO. 8,918,708

24. Astute is the owner of all rights, title and interest to United States Patent No. 8,918,708 (the '708 Patent") entitled "Enhanced Capture, Management and Distribution of Live Presentations."  The '708 Patent was issued on December 23, 2014 after a full and fair examination by the United States Patent and Trademark Office.  The application leading to the '708 Patent was filed on Aug. 12, 2012.  Attached as Exhibit "E" is a copy of the '708 Patent.

25. The '708 Patent is generally directed to novel, unique and non-obvious systems and apparatus of capturing and distributing presentations.

26. On information and belief, Fleetwood has been and now is directly infringing and/or inducing infringement and/or contributorily infringing, literally and/or under the doctrine of equivalents the '708 Patent in the State of Texas, in this judicial district, and elsewhere in the United States by making, using, importing, selling or offering to systems and methods of capturing live presentations according to the '708 Patent.  On information and belief, Astute alleges that Fleetwood's Accused Products infringe the '708 Patent.  Fleetwood is thus liable for infringement of the '708 Patent pursuant to 35 U.S.C. § 271.

27. On information and belief, Fleetwood's infringement of the '708 Patent is and has been knowingly, willful and deliberate.

28. As a result of Fleetwood's infringement of the '708 Patent, Astute has suffered monetary damages in an amount not yet determined, and will continue to suffer damages in the future unless Fleetwood's infringing activities are enjoined by this Court.

29. Unless a permanent injunction is issued enjoining Fleetwood and its agent, servants, employees, representatives, affiliates, and all others acting on or in active concert therewith from infringing the '070 Patent, Astute will be greatly and irreparably harmed.

## PRAYER FOR RELIEF

WHEREFORE, Astute respectfully requests that this Court enter:

A. A judgment in favor of Astute that Fleetwood has infringed the '228 Patent, the 898 Patent, the '070 Patent, and the '708 Patent and that such infringement was knowing, willful and deliberate;

B. A permanent injunction enjoining Fleetwood and its officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in active concert therewith from infringed the '228 Patent, the '898 Patent, the '070 Patent, and the '708 Patent;

C. A judgment and order requiring Fleetwood to pay Astute its damages, costs, expenses, and prejudgment and post-judgment interest for Fleetwood infringement of infringed the '228 Patent, the '898 Patent, the '070 Patent, and the '708 Patent as provided under 35 U.S.C. § 284;

D. An award to Astute for enhanced damages resulting from the knowing, deliberate, and willful nature of Defendants' prohibited conduct with notice being made at least as early as the date of the filing of this Complaint, as provided under 35 U.S.C. § 284;

E. A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Astute its reasonable attorneys' fees; and

F.     Any and all other relief to which Astute may show itself to be entitled.

## DEMAND FOR JURY TRIAL

Astute, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

Dated: October 30, 2015                        Respectfully Submitted,

By: /s/ Arthur I/ Navarro
Arthur I. Navarro
Navarro Law Office, PC
Texas State Bar No. 00792013
PO Box 166851
Irving, TX 75016
972.659.1275 (Firm)
972.215.7063 (Fax)
Email:  art@navarroiplaw.com

**ATTORNEY FOR PLAINTIFF**
**ASTUTE TECHNOLOGY, LLC**